

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARILYN RICHTER**<br>Phone: (212) 356-2083<br>mrichter@law.nyc.gov |

January 31, 2023

**VIA ECF**
Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: C.M. et al v. New York City Department of Education
Docket No. 22-cv-09307-ALC-SN

Dear Magistrate Judge Netburn:

I am an Assistant Corporation Counsel ("ACC") in the Office of the Corporation Counsel, representing the Defendant in the above-referenced action, together with ACC Bryn Ritchie of my Office, who has just been admitted to the New York bar, and based on that admission, will be seeking admission to this Court. Mr. Ritchie is most familiar with this case and will be working on it under supervision.

Pursuant to Rule I.G. of the Court's Individual Practices, I write to respectfully request an adjournment of the initial conference currently scheduled for February 6, 2023 to one of the following dates: i) February 14, 2023 10:30 AM-12:00 PM or ii) February 17, 2023 12:00 PM-3:00 PM. Plaintiffs' counsel consents to this request. I am requesting this adjournment because Mr. Ritchie has been previously scheduled to appear (with another supervising ACC) in another court conference in the SDNY in *Mondano v. Banks et al.* 1:22-cv-07519 (JPC) on that date and time. As such, he is unavailable on the date and time of this scheduled conference. This is Defendant's first request for an adjournment of the initial conference.

Accordingly, Defendant respectfully requests an adjournment of the initial conference, from February 6, 2023, to February 14, 2023, February 17, 2022, or a date thereafter that is convenient for the Court.

2

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Marilyn Richter
Assistant Corporation Counsel

cc: Attorneys of Record (via ECF)