**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

C.M. and S.M., individually and on behalf of
P.M., a minor child,

Plaintiff,

-against-

22 **CIVIL** 9307 (LTS)(SN)

**JUDGMENT**

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 4, 2026, the Court concludes that Plaintiffs are not entitled to tuition reimbursement under the Burlington/Carter test. The Court affirms the SRO's conclusion that there was no basis upon which to find that Defendant's proposed placement denied P.M. a FAPE. Plaintiffs' Motion for summary judgment is denied, and Defendant's Cross-Motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

August 11, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**